UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RENEE MYERS,

        Plaintiff,

  v.

USA et al,

        Defendant.

Case Number: CV07-05724 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 4, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Renee Myers # 93093-011
Federal Correctional Institution
5701 8th St., Unit C
Camp Parks, CA 94568

Dated: January 4, 2008

                                    Richard W. Wieking, Clerk
                                    By: Frank Justiliano, Deputy Clerk